# GEORGIA DEPARTMENT OF LAW

40 Capitol Square SW
Atlanta, Georgia 30334-1300

CHRISTOPHER M. CARR
ATTORNEY GENERAL

www.law.ga.gov
(404) 458-3600

Writers Direct Dial: (404) 458-3408

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

November 26, 2024

In re: *Brandon Fulton v. Fulton County Board of Commissioners,* 22-12041

Dear Mr. Smith,

I write in response to the Court's invitation to file an amicus brief in the above-captioned case. The Solicitor General will file an amicus brief in support of the Appellee. The Court provided a 67-day deadline starting November 12, 2024, which would make the brief due January 21, 2025 (the Tuesday following a federal holiday). We will file on or before that date.

Best,

Stephen Petrany
Solicitor General
Georgia Department of Law
40 Capitol Square S.W.
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov