No. 22-12041

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

BRANDON FULTON

*Plaintiff/Appellant*

v.

FULTON COUNTY BOARD OF COMMISSIONERS

*Defendant/Appellee*

---

## APPELLEE FULTON COUNTY BOARD OF COMMISSIONERS UNOPPOSED TIME-SENSITIVE MOTION FOR A TEN (10) DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF OF APPELLEE

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION
CIVIL ACTION NO. 1:20-cv-01936-SCJ

---

BRAD BOWMAN, Supervising County Counsel

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office) | (404) 730-6324 (Facsimile)
brad.bowman@fultoncountyga.gov

*Attorney for Appellee Fulton County Board of Commissioners*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, the undersigned counsel for Appellee Fulton County Board of Commissioners certify that the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) that have an interest in the outcome of this particular case:

1. Bowman, Brad (Counsel for Defendant/Appellee Fulton County Board of Commissioners)

2. Fulton, Brandon (Plaintiff/Appellant)

3. Fulton County Board of Commissioners (Defendant/Appellee)

4. John Edwards Law Group, LLC (Counsel for Plaintiff/Appellant)

5. Jones, Steve C. (United States District Judge)

6. Office of the Fulton County Attorney (Counsel for Defendant/Appellee)

7. Plott, Mathew (Former counsel for Defendant/Appellee Fulton County Board of Commissioners)

8. Lee & Ziegler, LLP (Counsel for Plaintiff/Appellant)

9. Rosenberg, Steven (Former counsel for Defendant/Appellee Fulton County Board of Commissioners)

10. Ziegler, Konrad G.W. (Counsel for Plaintiff/Appellant)

No publicly traded company or corporation has an interest in the outcome of this case.

## UNOPPOSED TIME-SENSITIVE MOTION FOR A TEN (10) DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF OF APPELLEE

Pursuant to Federal Rule of Appellate Procedure 26(b) and 31 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1, 26.1-1, 27-1 and 31-2, the undersigned counsel for Appellee Fulton County Board of Commissioners requests that the Court grant the Board of Commissioners an unopposed ten (10) day extension of time, through and including Thursday, January 23, 2025, to serve Appellee's Supplemental Briefing as required by this Court's November 12, 2024 Order.

The current briefing schedule, set by this Court's November 12, 2024 Order, provides for Appellee's Supplemental Brief to be filed on or before Monday, January 13, 2025. This request for a 10-day extension of the briefing schedule, through and including January 23, 2025, is Appellees' first request for an extension.

Good cause exists for this request. The brief 10-day extension requested by Appellees is warranted because the attorney who has handled this matter resigned from the Office of the County Attorney on January 1, 2025 so additional time is needed to allow other counsel to sufficiently prepare the Supplemental Brief. Accordingly, good cause exists for the requested extension.

1

The requested extension is sought in good faith and will not prejudice the Appellant or otherwise unduly delay these proceedings.

Counsel from the Office of the Fulton County Attorney conferred with Appellant's counsel Konrad Zeigler on January 7, 2025 and Appellant's counsel has no objection to the requested extension.

Appellees hereby request for good cause that the Court grant this time-sensitive motion and allow a 10-day extension of the time for filing their Supplemental Brief, through and including January 23, 2025 pursuant to Eleventh Circuit Rule 31-2.

Respectfully submitted, this 7th day of January, 2025.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

***/s/ Brad Bowman***
Brad Bowman
Supervising County Counsel
Georgia Bar No. 215007

*Attorney for Appellee Fulton County Board of Commissioners*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d) because this document contains 864 words. The attached Affidavit of Brad Bowman contains 279 words.

Further, I certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Times New Roman, 14-point type.

Respectfully submitted, this 7th day of January, 2025.

*/s/ Brad Bowman*
Brad Bowman
Supervising County Counsel
Georgia Bar No. 215007

*Attorney for Appellee Fulton County Board of Commissioners*

3

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**BRANDON FULTON**

*Plaintiff/Appellant*

**v.**                                           **Case No. 22-12041**

**FULTON COUNTY BOARD**
**OF COMMISSIONERS**

*Defendant/Appellee*

## AFFIDAVIT OF BRAD BOWMAN

State of Georgia

County of Fulton

Brad Bowman, being first duly sworn, states:

1. He is the attorney for Appellees and makes this affidavit in support of Appellee's motion for extension of time for filing and serving Appellee's supplemental brief.

2. Appellee's brief is due to be filed on Monday, January 13, 2025.

3. No previous extension of time has been requested by movant or granted by this court for the filing or serving of the brief.

4. The extension requested by movant is necessary because the attorney in the Office of the County Attorney that was handling this appeal left the employ of the Office of the County Attorney on January 1, 2025 and further time is necessary for additional counsel to become sufficiently acquainted with this matter and prepare an adequate response to the questions posed by this Court.

5. Appellee's counsel requests an additional period of ten (10) days within which to file and serve the supplemental brief, as is requested in the motion.

6. The Office of the County Attorney has enlisted the assistance of additional counsel to aid in its completion to ensure that the supplemental brief will be filed and served within the extended time requested.

7. The Office of the County Attorney conferred with Konrad Ziegler, counsel for Appellant, and he does not oppose the requested extension.

Brad Bowman

SWORN AND SUBSCRIBED

Before me this 7th day of January, 2025.

Notary Public:
My Commission Expires: March 15 2027

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the UNOPPOSED TIME-SENSITIVE MOTION FOR A TEN (10) DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF OF APPELLEE with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on January 7, 2025, which will provide notice to and electronic service of the foregoing document upon the following:

> KONRAD G.W. ZIEGLER
> LEE & ZIEGLER, LLP
> 150 North Street
> Suite M
> Canton, Georgia 30114
> (678) 871-0501
> kziegler@leeandzieglerlaw.com

Respectfully submitted, this 7th day of January, 2025.

*/s/ Brad Bowman*
Brad Bowman
Supervising County Counsel
Georgia Bar No. 215007

*Attorney for Appellee Fulton County Board of Commissioners*

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Telephone)
(404) 730-6324 (Facsimile)