# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 22-12041

---

BRANDON FULTON,

                                                         *Plaintiff-Appellant*,

versus

FULTON COUNTY BOARD OF COMMISSIONERS,

                                                         *Defendant-Appellee*,

PAUL L. HOWARD, JR.,
  Esq.; in his individual capacity, *et al.*,

                                                         *Defendants*.

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-01936-SCJ

---

ORDER:

    Pursuant to Fed. R. App. P. 40(d)(4), Appellant is directed to file a response to Appellee's Petition for Rehearing En Banc no later than 5:00 p.m. on Wednesday, November 5, 2025.

                                                    DAVID J. SMITH
                                      Clerk of the United States Court of
                                        Appeals for the Eleventh Circuit

                        ENTERED FOR THE COURT - BY DIRECTION